IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TROY HERRERA,

    Petitioner,

v.                                                                Civ. No. 06-1017 MCA/RLP

JAMES JANECKA, Warden,

    Respondent.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation and neither party having filed objections thereto, the Court finds that the Magistrate Judge's Report and Recommendation shall be adopted by the Court and this case dismissed with prejudice.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                                            M. Christina Armijo
                                                                            United States District Judge